| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES CHAD YORK, *individually*, §
SANDY LYNN WINFREY YORK, §
*individually*, and LOREAL FULTZ, §
*as Independent Administrator of,* §
*and on behalf of, The Estate of Chaz* §
*Logan York and his heirs-in-law*, §
§
§
Plaintiffs, §
§
versus § CIVIL ACTION NO. 1:18-CV-522
§
CHASE AARON WELCH and §
THE CITY OF BEAUMONT, §
§
Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Joint Motion for Partial Final Order of Dismissal (#49), filed July 29, 2020, the court dismisses all claims asserted by Plaintiffs James "Chad" York, individually, Sandy Lynn Winfrey York, individually, and Loreal Fultz, as Independent Administrator of, and on behalf of, the Estate of Chaz Logan York and his heirs-in-law (collectively, "Plaintiffs") against Defendant Chase Aaron Welch, in their entirety, with prejudice.

Further, consistent with the court's Memorandum and Order, signed August 12, 2019, the court dismisses Defendant the City of Beaumont with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 3rd day of August, 2020.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE